UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

———————————————————

|  | : |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 4:11-cr-00474 |
|  | : |  |
| Plaintiff, | : | OPINION & ORDER |
|  | : | [Resolving Doc. 49] |
| vs. | : |  |
|  | : |  |
| GEORGE D. DELONG, JR., | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

———————————————————

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendant George D. Delong Jr. requests a reduced sentence under the compassionate release statute, 18 U.S.C. § 3582.[1]  The Government opposes Delong's petition.[2]

Under the compassionate release statute, the Court may reduce a defendant's term of imprisonment upon a motion by the defendant.[3]  But first, a defendant must satisfy an exhaustion requirement.

Before filing a compassionate release motion with the Court, a defendant must either (1) fully exhaust "all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf" or (2) wait 30 days "from the receipt of such a request by the warden of the defendant's facility, whichever is earlier."[4]

In DeLong's case, the Government contends that DeLong has not presented any request to the Bureau of Prisons.  DeLong does not rebut this contention.

---

[1] Doc. 49.
[2] Doc. 51.
[3] 18 U.S.C. § 3582(c)(1)(A)(i).
[4] Id.

Case No. 4:11-cr-00474
Gwin, J.

Accordingly, the Court **DENIES** DeLong's sentence-reduction motion without

prejudice.  DeLong may renew his motion upon a showing that he has satisfied § 3582's

exhaustion requirement

IT IS SO ORDERED.

Dated:  July 21, 2020                              *s/      James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE