UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 4:11-cr-00474 |
| Plaintiff, | : | ORDER |
| | : | [Resolving Docs. 165, 166, 167, 170, 172, 174, 176, 177, 180] |
| v. | : | |
| GEORGE D. DELONG, JR., | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant George DeLong asks this Court to make a non-binding recommendation to the Bureau of Prisons that DeLong be placed in a halfway house for the remainder of his sentence.[1] However, Defendant DeLong's placement is within the Bureau of Prisons' discretion and expertise, so a non-binding recommendation from this Court is likely to have little practical effect.[2] Further, given DeLong's long incarceration period, the Bureau of Prisons is more familiar than this Court with DeLong's recent conduct and with DeLong's need for halfway house placement.[3] Therefore, the Court **DENIES** DeLong's motion for a halfway house recommendation.

This Order resolves all pending motions in this case. If DeLong's counsel supplements DeLong's pro se compassionate release requests, counsel must file a new motion. If DeLong's counsel files a non-supplementation notice, counsel must identify the prior pro se pleadings that raise DeLong's requested relief.

---

[1] Doc. 180.
[2] *United States v. Black*, No. 2:12-cr-263-3, 2020 WL 2213892, at *2 (S.D. Ohio May 7, 2020).
[3] *Id.*

Case No. 4:11-cr-00474
GWIN, J.

    IT IS SO ORDERED.

Dated: February 7, 2024          *s/     James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE